IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAN E. OLIVER, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:16-CV-1269-TCB |
| THE MANSIONS AT SANDY SPRINGS, | |
| Defendant. | |

## ORDER AND JUDGMENT

This case is presently before the Court on the parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement. After reviewing the settlement agreement the Court GRANTS the motion (Doc. 13). The settlement agreement of the parties is approved, and the terms of the parties' agreement are hereby incorporated into this Order as the stipulated Judgment in this case. Plaintiff Oliver's claims are DISMISSED with prejudice.

**SO ORDERED** this 11th day of May, 2017.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)